**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

KORDICH v. SALTON                                          Case No. 05CV1976 LAB(RBB)

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Barry K. Rothman | Laura Ann Wytsma |
|  | Preston Pugh |

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on September 22, 2006, is vacated.

The stipulation for dismissal was received on September 22, 2006.

DATE: September 22, 2006    IT IS SO ORDERED:   _Ruben Brooks_
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Burns                                 INITIALS: VL (mg/irc) Deputy
    All Parties of Record