09/19/2006 15:23 FAX   310 557 8080         BARRY K. ROTHMAN                    ☒003/004

LAW OFFICES OF
**BARRY K. ROTHMAN**
1901 AVENUE OF THE STARS
SUITE 370
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 557-0062
TELECOPIER: (310) 557-9080
(State Bar No. 47107)
Attorneys for Plaintiff Jay Kordich

FILED
SEP 2 6 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY KORDICH, an individual, ) | CASE NO. 05CV1976 LAB (RBB) |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| vs. ) | |
| SALTON, INC., a Delaware corporation, ) | |
| Defendant. ) | |

1

STIPULATION OF DISMISSAL

PAGE 3/4 * RCVD AT 9/19/2006 5:18:45 PM [Central Daylight Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:310 557 9080 * DURATION (mm-ss):01-02

ORIGINAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 21, 2006        LAW OFFICES OF BARRY K. ROTHMAN

By _____
Barry K. Rothman, Esq.
Attorneys For Plaintiff Jay Kordich

Dated: September 21, 2006        SONNESCHEIN NATH & ROSENTHAL LLP
                                 JAMES A. KLENK
                                 LAURA WYTSMA

By _____
James A. Klenk, Esq.
Attorneys For Defendant Salton, Inc.

IT IS SO ORDERED
DATED  9-25-06

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

2

STIPULATION OF DISMISSAL